**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAVIER BENITO-VICTORIA, | Case No. 2:17-cv-02606-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 18), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 18) is **GRANTED**. Respondents will have through February 19, 2019, to file an answer.

Dated: February 6, 2019.

_____
ANDREW P. GORDON
United States District Judge