1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                       **DISTRICT OF NEVADA**
10

11   JAVIER BENITO-VICTORIA,                    Case No. 2:17-cv-02606-APG-VCF
12              Petitioner,                     **ORDER**
13        v.
14   STATE OF NEVADA, et al.,
15              Respondents.
16

17        Respondents having filed an unopposed motion for enlargement of time (third request)
18   (ECF No. 20), and good cause appearing;
19        IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of
20   time (third request) (ECF No. 20) is **GRANTED**.  Respondents will have through February 22,
21   2019, to file an answer.
22        DATED:  February 20, 2019.
23                                        _____
24                                        ANDREW P. GORDON
                                          United States District Judge
25
26
27
28
                                          1